**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ROBIN NOE, | ) | |
| | ) | Judge Thomas M. Durkin |
| Plaintiff, | ) | |
| | ) | Magistrate Judge Gabriel A. Fuentes |
| v. | ) | |
| | ) | Case No. 1:25-cv-01795 |
| ABBOTT LABORATORIES, INC. and, | ) | |
| SAINT JUDE MEDICAL S.C., INC., | ) | |
| | ) | |
| Defendants. | ) | |

---

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND FACT DISCOVERY DEADLINE**

---

Defendants Abbott Laboratories Inc. and St. Jude Medical S.C., Inc. (collectively, "Defendants"), by their attorneys and pursuant to Federal Rules of Civil Procedure 6 and 16(b)(4), respectfully request an extension of the fact discovery deadline.

1. By prior Order of the Court dated March 26, 2026 (ECF No. 58), fact discovery is set to close on May 18, 2026. The Parties were also required to file any discovery motions to compel by May 4, 2026, as well as a joint status report on discovery and settlement by noon on May 15, 2026. (*Id.*)

2. To date, the Parties have exchanged written discovery requests, produced thousands of pages of documents, and served records subpoenas on third parties. Defendants have deposed Plaintiff Robin Noe, and Plaintiff has deposed a total of 11 individuals, including six of Defendants' witnesses, two former employees, and three physicians.

3. Although the Parties have made significant progress in discovery, additional discovery has been requested but not yet completed. On April 17, 2026, Plaintiff served on Defendants a third set of written discovery requests. Defendants are currently preparing their

written responses and supplemental production in advance of their May 18, 2026 response deadline, but anticipate needing at least seven additional days to finalize their responses and production. This potential extension would thus extend Defendants' response deadline beyond the current close of fact discovery.

4.      In addition to preparing its responses to Plaintiff's third set of written discovery requests, Defendants are also in the process of reviewing their prior discovery responses/productions to determine whether any supplementation is required before the close of fact discovery. Defendants anticipate making a separate supplemental production that will satisfy their discovery obligations with respect to their prior discovery responses, but likely will not have sufficient time to gather and produce these documents by May 18, 2026.

5.      Moreover, in the coming days, Defendants intend to serve on Plaintiff a second set of written discovery requests. A portion of these requests concerns the recent testimony of a physician on May 2, 2026, while the remaining requests concern unresolved issues Defendants seek to clarify before the close of the fact discovery period.

6.      Defendants therefore request that the Court extend its fact discovery deadline by 45 days—and grant corresponding extensions to the deadlines for discovery motions to compel and the joint status report—to allow the Parties additional time to resolve their remaining written discovery issues. Accordingly, Defendants respectfully request that the discovery deadline of May 18, 2026, be extended to July 2, 2026. Defendants also request that the motion to compel deadline of May 4, 2026, be extended to June 18, 2026, and that the joint status report deadline of noon on May 15, 2026, be extended to noon on June 29, 2026.

7. Defendants respectfully submit that good cause exists for the requested extension because the Parties are actively engaged in discovery and require a brief extension to complete fact discovery in an efficient and orderly manner.

8. This extension is not sought for purposes of delay, but only so that justice may be done.

9. On May 7, 2026, Counsel for Defendants communicated with Counsel for Plaintiff regarding the relief sought in this Motion. Counsel for Plaintiff confirmed that Plaintiff has no opposition to Defendants' Motion. Counsel for Plaintiff also stated that he will be in trial for another matter beginning June 17, 2026, and will be largely unavailable in the two weeks leading up to trial, which factored into Defendants requesting the present 45-day extension.

Defendants therefore respectfully request that this Court enter an Order extending the fact discovery deadline to July 2, 2026; extending the discovery motion to compel deadline to June 18, 2026; and extending the joint status report deadline to noon on June 29, 2026.

Date: May 8, 2026

**DEFENDANTS ABBOTT LABORATORIES INC.**
**AND ST. JUDE MEDICAL S.C., INC.**

By: */s/ Kyle A. Petersen*
    Kyle Anne Petersen (IL Bar No. 6275689)
    James Nasiri (IL Bar No. 6342584)
    SEYFARTH SHAW LLP
    233 S. Wacker Dr., Suite 8000
    Chicago, Illinois 60606
    Ph: (312) 460-5000
    Fx: 312-460-7613
    Email: kpetersen@seyfarth.com
    Email: jnasiri@seyfarth.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on May 8, 2026, this MOTION TO EXTEND FACT DISCOVERY DEADLINE was filed using the Court's Electronic Filing System. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail and by facsimile. Parties may access this filing through the Court's electronic filing system.

*/s/Kyle A. Petersen*
Kyle A. Petersen

*Attorney for Defendants*
