## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Robin Noe

     Plaintiff,

v.               Case No.: 1:25–cv–01795
                Honorable Thomas M. Durkin

Abbott Laboratories Inc

     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 11, 2026:

  MINUTE entry before the Honorable Gabriel A. Fuentes: Defendants' unopposed motion to extend discovery deadlines (doc. #[59]) is granted for good cause shown. The motion is occasioned in part by plaintiff's service of another set of discovery requests 30 days before the 5/18/26 fact cutoff, and defendants' planned service of another set of requests at this late phase of fact discovery. Although those practices are disfavored, the extension is by agreement, and the motion sets forth reasons why at least some of this discovery is necessary. The new fact cutoff of 7/2/26 is marked as final. Discovery–related motions to be filed no later than 6/18/26. The joint status report on discovery progress and settlement status due on 5/15/26 is stricken and reset to noon on 6/29/26. Mailed notice. (jn,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.